UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Christopher W. & Theresa L. O'Neil      Case No. 09-65181-PJS
                                                Honorable Phillip J. Shefferly
_____/     Chapter 7

NOTICE OF DIVIDENDS UNDER $5

TO THE CLERK OF THE COURT:

       The enclosed check in the amount of $3.24 represents the total sum of dividends under $5 in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The creditor name and claim number is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Harbor Collection Agency | 4 | $ 3.24 |

Date: April 15, 2010                               /s/   Homer W. McClarty
                                                                      Homer W. McClarty, Trustee (P26670)
                                                                      24400 Northwestern Highway
                                                                      Suite 204
                                                                      Southfield, MI 48075
                                                                      (248) 352-7686
                                                                      trustee@morganmcclarty.com